UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

VOICEAGE CORPORATION,

                Plaintiff,

-v-

REALNETWORKS, INC.

                Defendant.

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 3 2013
```

12 Civ. 5753 (KBF)

<u>ORDER</u>

KATHERINE B. FORREST, District Judge:

On October 16, 2013, the parties informed the Court that they reached a settlement in principle. Accordingly, it is hereby ORDERED that the above-captioned action be discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **November 7, 2013**.

IT IS FURTHER ORDERED that all other dates and deadlines in this matter are adjourned.

The Clerk of Court is directed to terminate this action.

SO ORDERED.

Dated:     New York, New York
            October 23, 2013

                                              _____
                                              KATHERINE B. FORREST
                                              United States District Judge